The People of the State of New York ex rel. Public Fuel Service, Inc., Appellant, against Mark Graves et al., Constituting the State Tax Commission, Respondents.

Argued April 20, 1937; decided May 25, 1937.

*Joseph B. Kenny, Harry B. Chambers* and *Harry H. Chambers* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.